PHILLIP A. TALBERT
Acting United States Attorney
KIMBERLY A. SANCHEZ
JEFFREY SPIVAK
MARK McKEON
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:16-CR-00069 LJO |
|---|---|
| Plaintiff, | ORDER ON GOVERNMENT'S MOTION TO MODIFY PROTECTIVE ORDER AND SCHEDULING ORDER |
| v. | |
| JAMES YORK, et al., | |
| Defendants. | |

Having considered the government's motion for an amendment to the protective order issued on May 13, 2016 and the scheduling order issued on June 24, 2016 setting September 1, 2016 as the deadline for discovery dissemination, and the defendant's concurrence or objection thereto as set forth in the government's motion, the Court hereby ORDERS:

1. The Court's Orders dated May 13, 2016 and June 24, 2016 are modified as follows:

    a. May 13, 2016 order, paragraph 2:

    2. The Government SHALL provide two copies of discovery to each Defense Counsel:

    a. One unredacted copy that may be viewed by Defense Counsel, members of his or her staff, investigators, and outside assistants, for the sole purpose of working on the defense of this case; and,

    b. One redacted copy that does not include proprietary, personal or confidential information including, but not limited to, Social Security numbers, dates of birth, telephone numbers, or residential addresses. This

redacted copy is the document that can be shown to the Defendants. This process precludes the subjectivity of numerous defense counsel as they try to determine which information does, and which does not, fall into this definition. Should defense counsel believe that there is both a need and a reason to share any redacted information with any Defendant, each such reason will be examined by the Court via an individual motion. This process is neither impossible nor unduly burdensome, and ensures that every defendant has access to the same discovery.

c.   Defense counsel, members of his or her staff, investigators, and outside assistants may show the unredacted discovery described in paragraph 2(a) above to the Defendants, but may not leave a copy with them.  This provision is in effect until October 1, 2016.  All other provisions of the May13, 2015 Order remain unchanged.

2. The Court's June 24, 2016 Order directing that the government provide all discovery by September 1, 2016 is modified as follows (changes in italics):

**1. Discovery**

The Court **GRANTS** the motion by defense counsel for the Government to provide discovery items to defense counsel without encryption, subject to the restriction that defense counsel personally retrieve the unencrypted discovery from the U.S. Attorney's office. If defense counsel is unable personally to retrieve the discovery items, an associate, paralegal or investigator may do so on behalf of defense counsel if the associate/paralegal/investigator brings to the U.S. Attorney's office both of the following items: 1) written authorization signed by defense counsel, specifically indicating that the associate/paralegal/investigator is permitted to retrieve the discovery items; and 2) photo identification.

*The Government shall provide all discovery described in paragraph 2(a) of the Court's May 13, 2016 Order no later than September 1, 2016.  The government will provide all discovery described in paragraph 2(b) of the Court's May 13, 2016 Order no later than October 1, 2016.*   If this deadline is not met by the Government, absent a strong showing of good cause, any discovery produced after the September 1, 2016 or October 1, 2016 deadline may not be used by the Government to prosecute this case. Such a circumstance would not, however, relieve the Government from producing the late discovery, and nothing would preclude the Defense from using the late-produced discovery.

///

MOTION TO MODIFY PROTECTIVE ORDER          2

IT IS SO ORDERED.

Dated: _August 17, 2016___   　　　　　　　_____/s/ Lawrence J. O'Neill_____
　　　　　　　　　　　　　　　　　　　　　Honorable Lawrence J. O'Neill
　　　　　　　　　　　　　　　　　　Chief United States District Court Judge