PHILLIP A. TALBERT
United States Attorney
KIMBERLY A. SANCHEZ
CHRISTOPHER D. BAKER
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone:  (559) 497-4000
Facsimile:   (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JAMES YORK, ET AL,<br><br>Defendant. | CASE NO.  1:16-CR-00069 LJO<br><br>STIPULATION TO EXTEND MOTIONS SCHEDULE |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, United States Attorney and

Kimberly A. Sanchez and Jeffrey Spivak, Assistant U.S. Attorneys and Carol Moses, Dale Blickenstaff,

David Torres, Eric Fogderude, Galatea DeLapp, Gary Huss, Harry Drandell, John Garland, Katherine Hart,

Kevin Little, Marc Days, Nicholas Capozzi, Peter Jones, Richard Beshwate, Salvatore Sciandra, Steven

Crawford, Virna Santos, and W. Scott Quinlan attorneys for the Defendants, that the deadline for the

motions, responses and replies to be filed be extended from April 3, May 3, and June 2, 2017 to June 3, July

26, and August 30, 2017; and that the hearing be moved from June 26, 2017 at 1:30 p.m. to September 11,

2017 at 1:30 p.m.  The request is made because the defense needs additional time to receive discovery from

their discovery coordinator (the discovery that had already been timely provided by the government).  The

government has no objection to the request.

Stipulation

1

1

2    Dated: March 9, 2017                          Respectfully submitted,

3                                                  PHILLIP A. TALBERT
                                                   Acting United States Attorney
4

5                                          By      /s/ Kimberly A. Sanchez
                                                   KIMBERLY A. SANCHEZ
6                                                  JEFFREY SPIVAK
                                                   Assistant U.S. Attorneys
7

8    Dated: March 9, 2017                          /s/ Carol Moses
                                                   /s/ Dale Blickenstaff
9                                                  /s/ David Torres
                                                   /s/ Eric Fogderude
10                                                 /s/ Galatea DeLapp
                                                   /s/ Gary Huss
11                                                 /s/ Harry Drandell
                                                   /s/ John Garland
12                                                 /s/ Katherine Hart
                                                   /s/ Kevin Little
13                                                 /s/ Marc Days
                                                   /s/ Nicholas Capozzi
14                                                 /s/ Peter Jones
                                                   /s/ Richard Beshwate
15                                                 /s/ Salvatore Sciandra
                                                   /s/ Steven Crawford
16                                                 /s/ Virna Santos
                                                   /s/ W. Scott Quinlan
17

18                                                 Attorneys for Defendant

19

20        The stipulation is accepted and the request is granted.  Counsel are cautioned not to do anything nor
     agree to anything that will tamper with the in-concrete trial date.
21

22                                                 _____

23   IT IS SO ORDERED.

24   Dated:   **March 10, 2017**              _____/s/ Lawrence J. O'Neill_____
                                              UNITED STATES CHIEF DISTRICT JUDGE
25

26

27

28

     Stipulation                             2