PHILLIP A. TALBERT
United States Attorney
KIMBERLY A. SANCHEZ
JEFFREY SPIVAK
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>              v.<br><br>JAMES YORK, ET AL,<br><br>                    Defendant. | CASE NO.  1:16-CR-00069 LJO<br><br>STIPULATION TO EXTEND MOTIONS SCHEDULE |

   IT IS HEREBY STIPULATED by and between Phillip A. Talbert, United States Attorney and Kimberly A. Sanchez and Jeffrey Spivak, Assistant U.S. Attorneys and Carol Moses, Dale Blickenstaff, David Torres, Eric Fogderude, Galatea DeLapp, Gary Huss, Harry Drandell, John Garland, Katherine Hart, Kevin Little, Marc Days, Nicholas Capozzi, Peter Jones, Richard Beshwate, Salvatore Sciandra, Steven Crawford, Virna Santos, and W. Scott Quinlan attorneys for the Defendants, that the deadline for the motions, responses and replies to be filed be extended from July 26 and August 30 to August 16 and September 21, 2017; and that the hearing be moved from September 11, 2017 at 1:30 p.m. to September 25, 2017 at 2:00 p.m.  The request is made because the government needs additional time to respond.  Defense has filed approximately 64 motions/ motion-related documents in this case, with approximately 31 of those being substantive (the others are mainly joinder and notices).  The government has been working on responses.  However, undersigned counsel had several obligations that were not contemplated at the time undersigned counsel entered into a previous stipulation with defense counsel setting new motions deadlines

   Stipulation                                             1

1  to give additional time for a defense discovery coordinator to complete its work, including a three day work
2  obligation out of state, and two personal matters that consumed an additional three days of time.
3  Additionally, undersigned counsel had a trial scheduled for August 8, 2017 which was unexpectedly
4  continued on July 24, 2017, but which also had taken multiple days of time away from being able to work on
5  the motions responses during a few week time period between undersigned counsel's annual vacation which
6  was two weeks long this year.  The request in no way affects the trial date of January 31, 2018.  The defense
7  has no objection to the request.

Dated: July 25, 2017                                              Respectfully submitted,

PHILLIP A. TALBERT
Acting United States Attorney
By    /s/ Kimberly A. Sanchez
KIMBERLY A. SANCHEZ
JEFFREY SPIVAK
Assistant U.S. Attorneys

Dated: July 25, 2017                   /s/ Carol Moses
/s/ Dale Blickenstaff
/s/ David Torres
/s/ Eric Fogderude
/s/ Galatea DeLapp
/s/ Gary Huss
/s/ Harry Drandell
/s/ John Garland
/s/ Katherine Hart
/s/ Kevin Little
/s/ Marc Days
/s/ Nicholas Capozzi
/s/ Peter Jones
/s/ Richard Beshwate
/s/ Salvatore Sciandra
/s/ Steven Crawford
/s/ Virna Santos
/s/ W. Scott Quinlan

Attorneys for Defendant

ORDER

As each opposition is ready, it should be filed.  Due to the number of responsive motions, and the huge workload of the Court on the hundreds of OTHER cases it is required to maintain, the staggered responsives will be helpful.

IT IS SO ORDERED.

Dated:   **July 25, 2017**                    /s/ Lawrence J. O'Neill
                                              UNITED STATES CHIEF DISTRICT JUDGE

Stipulation                                2