Barbara Hope O'Neill  #102968
Attorney at Law
Post Office Box 11825
Fresno, California 93775
Telephone: (559) 459-0655
Fax: (559) 459-0656

Attorney for William Lee

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE No:  1:16-cr-00069-NONE |
|---|---|
| Plaintiff, | |
| | **Motion to File Exhibit 4** |
| WILLIAM LEE, | **Medical Records** |
| | **Under Seal and Order** |
| Defendant. | |

   Counsel requests to file Exhibit 4, medical records of William Lee, under seal.  The records contain personal information.

Dated: August 19, 2020                                 Respectfully submitted,


                                                                             s/s  Barbara Hope O'Neill
                                                                            Barbara Hope O'Neill

1

1
2                                              ORDER
3
4        Having received and reviewed the request to seal Exhibit 4 to the Motion for
5    Compassionate Release filed by defendant (Doc. No. 885), the court finds good cause for the
6    sealing of that exhibit and therefore GRANTS the request.
7    IT IS SO ORDERED.
8        Dated:   **August 20, 2020**                    _Dale A. Drozd_
9                                                 UNITED STATES DISTRICT JUDGE