McGREGOR W. SCOTT
United States Attorney
JEFFREY A. SPIVAK
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:16-CR-00069-NONE |
|---|---|
| Plaintiff, | STIPULATION AND ORDER REGARDING BRIEFING SCHEDULE ON DEFENDANT'S MOTION FOR REDUCTION IN SENTENCE AND COMPASSIONATE RELEASE |
| v. | |
| WILLIAM LEE, | |
| Defendant. | |

**STIPULATION**

1. Defendant William Lee filed a motion for reduction in sentence and compassionate release on August 19, 2020. Docket No. 885. By local rule, the government's response is due by August 26, 2020. Government counsel requests additional time to obtain records and draft the response brief.

2. Counsel for the defendant does not oppose this request.

3. Accordingly, by this stipulation, the parties now request that:

    a) The government's opposition or response to defendant's motion, Docket No. 885, be due on September 11, 2020; and

    b) The defense reply, if any, will be due on September 18, 2020.

IT IS SO STIPULATED.

McGREGOR W. SCOTT
United States Attorney

Dated: August 20, 2020

*/s/ Jeffrey A. Spivak*
JEFFREY A. SPIVAK
Assistant United States Attorney

Dated: August 20, 2020

*/s/ Barbara O'Neill*
BARBARA O'NEILL
Counsel for Defendant

### ORDER

Pursuant to the stipulation of the parties, the government's opposition or response to defendant's motion is due on September 11, 2020. The defense reply, if any, will be due on September 18, 2020.

IT IS SO ORDERED.

Dated: **August 24, 2020**

UNITED STATES DISTRICT JUDGE