McGREGOR W. SCOTT
United States Attorney
JEFFREY A. SPIVAK
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                         Plaintiff,<br><br>             v.<br><br>WILLIAM LEE,<br><br>                         Defendant. | CASE NO. 1:16-CR-00069-NONE<br><br>STIPULATION AND ORDER REGARDING BRIEFING SCHEDULE ON DEFENDANT'S MOTION FOR REDUCTION IN SENTENCE AND COMPASSIONATE RELEASE |

**STIPULATION**

1. Defendant William Lee filed a motion for reduction in sentence and compassionate release on August 19, 2020. Docket No. 885. On August 24, 2020, the Court granted the parties's stipulation to allow the government until September 11, 2020 to respond to the motion. Docket No. 889.

2. Government counsel needs one additional week to obtain additional records and draft the response brief.

3. Counsel for the defendant does not oppose this request.

4. Accordingly, by this stipulation, the parties now request that:

    a) The government's opposition or response to defendant's motion, Docket No. 885, be due on September 18, 2020; and

    b) The defense reply, if any, will be due on September 25, 2020.

IT IS SO STIPULATED.

    McGREGOR W. SCOTT
    United States Attorney

Dated:  September 10, 2020

*/s/ Jeffrey A. Spivak*
JEFFREY A. SPIVAK
Assistant United States Attorney

Dated:  September 10, 2020

/s/ *Barbara O'Neill*
BARBARA O'NEILL
Counsel for Defendant

**ORDER**

Pursuant to the stipulation of the parties, the government's opposition or response to defendant's motion is due on September 18, 2020.  The defense reply, if any, will be due on September 25, 2020.

IT IS SO ORDERED.

Dated:  **September 11, 2020**

UNITED STATES DISTRICT JUDGE