# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.: 1:16-cr-00069 LHR-SKO |
| Plaintiff, | **ORDER TO SEAL EXHIBITS B & C AND REDACT EXHIBIT D TO SUPPLEMENTAL MOTION FOR COMPASSIONATE RELEASE** |
| v. | |
| JAMES YORK, | |
| Defendant. | |

GOOD CAUSE APPEARING, Petitioner James York's request to seal Exhibits B & C and redact Exhibit D attached to his Supplemental Motion for Compassionate Release is GRANTED. (Clerk may destroy chambers copy if denied.)

SIGNED on May 18, 2021, at Houston, Texas.

_____
Lee H. Rosenthal
Chief United States District Judge